FILED
CLERK, US DISTRICT COURT

FEB 10 2014

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: EDCR 13-0048-JGB |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| Ruby Meza ) | U.S.C. § 3143(a)) |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Previous Detention Order (EDCA)
- Underlying Allegations / Criminal Conduct
- Failure to Obey Court Orders
- Submission to Detention

1  and/or

2  B.   ( )   The defendant has not met his/her burden of establishing by clear and
3        convincing evidence that he/she is not likely to pose a danger to the
4        safety of any other person or the community if released under 18
5        U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____

7  _____

8  _____

9  _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

14

15  Dated: 2/10/14

        _____
        HONORABLE DAVID T. BRISTOW
        United States Magistrate Judge

2